**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**1:12-cv-02069-WYD-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-31,

    Defendants.
_____/

## MONTHLY STATUS REPORT

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on August 9, 2012. Plaintiff served Comcast Corporation with a subpoena and expects a response by September 24, 2012. Plaintiff has not reached settlement agreements with any of the Defendants and none of the Defendants have been dismissed from the case.

Dated: August 17, 2012.

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: /s/ *Jason Kotzker*