IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02069-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-31,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 27, 2012.**

Defendant John Doe #11's Motion to Dismiss and/or Sever Complaint and Quash the Comcast Subpoena Against John Doe #11 [filed September 21, 2012; docket #14] is **granted in part and denied without prejudice in part**. The motion is granted in that Defendant may proceed anonymously in this matter as "John Doe 11" only for the purpose of challenging the subpoena issued pursuant to this Court's August 9, 2012 order. Upon resolution of any motion(s) challenging the subpoena, should John Doe 11 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

However, the remainder of the motion is denied without prejudice due to its varied requests for relief ("dismiss/sever" and "quash"); adjudication of the single motion will likely require different standards of review and legal analyses of both dispositive and non-dispositive issues. In the interests of judicial efficiency and the proper management of its docket, the Court instructs the Defendant to file his requests for relief each in separate motions, as applicable. *See* D.C. Colo. LCivR 7.1C ("A motion shall be made in a separate paper.")

Further, the Court notes that Defendant failed to file with his motion to quash a copy of the challenged subpoena. Therefore, if Defendant chooses to re-file his motion to quash, he is instructed to file a copy of the challenged subpoena with the motion.

The Court directs the Clerk of the Court to mail a copy of this order to the address provided by John Doe 11 in the restricted filing at docket #11, but not to reveal or disclose the name and address, which will remain confidential until further order of the Court.