IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02069-WYD-MEH

MALIBU MEDIA, LLC.,

    Plaintiff,

v.

JOHN DOES 1-31,

    Defendants.

---

**ORDER TO SHOW CAUSE**

---

THIS MATTER comes before the Court on a review of the file.  Plaintiff shall show cause in writing on or before **October 12, 2012**, why John Does 2-31 should not be severed from this action and the claims against them dismissed without prejudice pursuant to Federal Rule of Civil Procedure 21 for misjoinder.[1]  *See, e.g., Malibu Media, LLC v. John Does 1-5*, No. 12-cv-1405, 2012 WL 3030300 (D.Colo. July 25, 2012).

Dated:  October 4, 2012.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              WILEY Y. DANIEL,
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This Order excludes John Doe 10 and John Doe 17 as they have been voluntarily dismissed from this action.