IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02069-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-31,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2012.**

      Pending before the Court is a (second) motion filed by Doe #11 which asks the Court to "Maintain Level 2 Protection for John Doe #11['s] Correspondance (sic) to Verify Complaint" [filed October 4, 2012; docket #25]. Because the aforementioned correspondence contains Doe #11's identifying information, the disclosure of which may effectively moot a motion to quash, Doe #11's motion is **granted**. The Clerk of the Court is directed to maintain Doe #11's letter to the Court dated September 10, 2012 [docket #11] under seal at Restriction Level 2 until the Court orders otherwise.

      In accordance with this restriction, the Clerk of the Court is further directed to mail a copy of this order to the address provided by Doe # 11 in docket #11, but not to reveal or disclose the name and address, which will remain confidential until further order of the Court.