IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02069-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-31,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2012.**

    The Motion to Allow Defendant John Doe #4 to Proceed with Anonymity [filed October 11, 2012; docket #31] is **granted in part** and **denied in part** as follows. Doe #4 may proceed in this litigation anonymously through and including **November 2, 2012**, for the sole purpose of challenging the subpoena issued on Comcast, filing a motion to dismiss, or negotiating a settlement with Plaintiff. If, **by November 2, 2012**, Doe #4 has not filed either of the aforementioned motions or notified the Court of a settlement, the Court will remove any and all restrictions on Doe #4's identifying information. In the event Doe #4 seeks to continue proceeding anonymously at further stages of the litigation, he must seek additional permission from the Court to do so.