IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02069-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-31,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2012.**

    Pending before the Court is a Motion to Maintain Level 2 Protection for Defendant John Doe #4['s] Correspondance (sic) [filed October 11, 2012; docket #29]. Because the aforementioned correspondence contains Doe #4's identifying information, the disclosure of which may effectively moot a motion to quash, Doe #4's motion is **granted**. The Clerk of the Court is directed to maintain the Supplement to the Motion to Allow John Doe #4 to Proceed with Anonymity [docket #28] under seal at Restriction Level 2 until the Court orders otherwise.

    In accordance with this restriction, the Clerk of the Court is further directed to mail a copy of this order to the address provided by Doe #4 in docket #28, but not to reveal or disclose the name and address, which will remain confidential until further order of the Court.