IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02069-WYD-MEH

MALIBU MEDIA, LLC.,

    Plaintiff,

v.

JOHN DOES 1-31,

    Defendants.

---

**ORDER REQUIRING SUPPLEMENTAL RESPONSE**

---

    THIS MATTER comes before the Court on Plaintiff's Response to Order to Show Cause [DE-10].  As it relates to Plaintiff's argument that it will suffer undue prejudice if the Court severs all but the first John Doe Defendant, the Response contains substantial factual information about the infringement of Plaintiff's films and the financial burden Plaintiff faces in enforcing its copyrights.  Plaintiff presents this information, however, as the arguments of counsel.  As such, the Plaintiff shall support the factual assertions found in pages ten through fifteen with the affidavit of someone other than Plaintiff's counsel who possesses personal knowledge of those assertions.  Accordingly, it is

    ORDERED THAT

    Plaintiff shall file a Supplemental Response to the Court's October 3, 2012 Order to Show Cause on or before **November 27, 2012**.  Plaintiff's supplemental response

shall include an affidavit from someone with personal knowledge that supports the factual assertions set forth in pages ten through fifteen of Plaintiff's Response

Dated: November 19, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE