IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02069-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE 4,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2013.**

      Pending before the Court are Plaintiff's Second Motion for Extension of Time Within Which it Has to Effectuate Service on John Doe Defendant [filed January 3, 2013; docket #51] and a Motion to Deny Plaintiff's Second Request for an Extension of Time to Effectuate Personal Service on Defendant John Doe #4 [filed January 3, 2013; docket #52], which the Court construes as a response to Plaintiff's Motion.

      The Court finds that Doe #4 has inhibited Plaintiff's ability to effectuate service within the Rule 4(m) period by filing a motion to quash. Until Doe #4's pending motion is resolved by Judge Daniel, Plaintiff has no way of obtaining Doe #4's identity, and thus, no way of effectuating proper service. Because Plaintiff's inability to comply with the current deadline arises from Doe #4's attempt to delay the disclosure of his identifying information, the Court finds good cause to **grant** Plaintiff's Motion and extend the deadline for service pursuant to Rule 4(m) through and including **February 1, 2013**. To the extent Doe #4's filing is docketed as a Motion, it is **denied**.

      The Clerk of the Court is directed to mail a copy of this order to Doe #4 at the address provided in docket #28.